957 A.2d 1179

**John J. LYNCH, Petitioner**

v.

**The CITY OF PHILADELPHIA, The Philadelphia Prison System, Warden Blackmon, Respondents.**

**No. 104 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 30, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of September, 2008, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus and Request for Immediate Hearing are **DENIED.**